FILED'06 MAR 22 12:16USDC-ORP

**Michael C. Baxter**, Oregon State Bar ID Number 91020
michael@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorney for Plaintiff Strander

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HEIDI STRANDER, | Case No. 05-CV-0894-PK |
| Plaintiff, | ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and TRANS UNION LLC, a foreign corporation, | |
| Defendants. | |

THIS MATTER having come before the Court on Plaintiff and Defendant Experian Information Solutions, Inc.'s Joint Motion to Dismiss Defendant Experian Information Solutions, Inc. and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Experian

Page 1 ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC.

Information Solutions, Inc., only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this 17th day of ____March_____, 2006.

_____Paul Papak_____
HONORABLE PAUL J. PAPAK
UNITED STATES MAGISTRATE JUDGE

Page 2 ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC.

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. on:

Camille Averett
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309                   Of Counsel for Equifax Information Services LLC

Marc S. Carlson
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614                    Of Attorneys for Experian Information Solutions, Inc.

Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626                Of Attorneys for Trans Union LLC

    [ ]  Via First Class Mail

    [ ]  Via Facsimile

    [ ]  Via Hand Delivery

    [x]  Via Email (CM/ECF)

DATED this 15th day of March, 2006.

/s/ Michael C. Baxter
_____
**MICHAEL C. BAXTER**, OSB # 91020
(503) 297-9031
(503) 291-9172 (Facsimile)
michael@baxterlaw.com
**Of Attorneys for plaintiff**

Page 3 ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC.