**Michael C. Baxter**, Oregon State Bar ID Number 91020
michael@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorney for Plaintiff Strander

FILED'06 AUG 15 15:16USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HEIDI STRANDER,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, a foreign corporation,<br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and<br>TRANS UNION LLC, a foreign corporation,<br><br>    Defendants. | Case No. 05-CV-0894-PK<br><br>ORDER DISMISSING DEFENDANT TRANS UNION LLC |

THIS MATTER having come before the Court on Plaintiff and Defendant Trans Union LLC's Joint Motion to Dismiss Defendant Trans Union LLC and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Trans

///

Page 1 ORDER DISMISSING DEFENDANT TRANS UNION LLC

Union LLC are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this 15th day of August, 2006.

_____
HONORABLE PAUL J. PAPAK
UNITED STATES MAGISTRATE JUDGE

Page 2 ORDER DISMISSING DEFENDANT TRANS UNION LLC

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANT TRANS UNION LLC on:

Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626         Of Attorneys for Trans Union LLC

    [ ] Via First Class Mail

    [ ] Via Facsimile

    [ ] Via Hand Delivery

    [x] Via Email (CM/ECF)

DATED this 14th day of August, 2006.

/s/ Michael C. Baxter
_____
**MICHAEL C. BAXTER**, OSB # 91020
(503) 297-9031
(503) 291-9172 (Facsimile)
michael@baxterlaw.com
**Of Attorneys for plaintiff**